# SEALED

United States Courts
Southern District of Texas
FILED

SEP 24 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § | CRIMINAL NUMBER |
| VICTOR DANIEL ALMAGUER-CANTU ███████ ██ a.k.a. "█ ██ ROBERT LUIS SALDANA Defendants | § § § § § | **C 25- 473** |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Conspiracy to Kidnap, Aiding and Abetting)

On or about March 14, 2025, in the Southern District of Texas, and elsewhere, the

defendants,

## VICTOR DANIEL ALMAGUER-CANTU
## ████████ ██████████
## and
## ROBERT LUIS SALDANA,

did unlawfully and willfully aid and abet one another and conspire together and with others

known and unknown to the Grand Jury to unlawfully seize, confine, inveigle, decoy, kidnap,

abduct, or carry away and hold for ransom or reward or otherwise C.O.B., and in committing or in

furtherance of the commission of the offense, did use or attempt to use the internet, a means,

facility, and instrumentality of interstate commerce.

In violation of Title 18 United States Court, Sections 1201(c) and 2.

## A.
### Overview of the Conspiracy and Scheme

1.      It was the object of the conspiracy that the defendants, VICTOR DANIEL ALMAGUER-CANTU, ████████ ████████████ and ROBERT LUIS SALDANA, would and did kidnap C.O.B., after he arrived at a tire store which is owned by VICTOR DANIEL ALMAGUER-CANTU. Defendants ████████ ████████████ and ROBERT LUIS SALDANA worked at the tire store. C.O.B. responded to a Facebook Marketplace message offering to pay C.O.B. to transport tires from the store to a different location. Instead, said defendants held C.O.B. against his will, stole money from C.O.B. that C.O.B. was forced to withdraw from his account at Bank of America, bought jewelry using C.O.B.'s credit card, and applied for credit using C.O.B's identity.

## B.
### Manner and Means of the Conspiracy and Scheme

2.      ALMAGUER, ████████ and SALDANA conspired to lure C.O.B. using the internet, a facility, or instrumentality of interstate or foreign commerce, by placing a misleading advertisement/post on Facebook Marketplace that was designed to induce the reader to travel to an address on Baldwin Boulevard in Corpus Christi, Texas, for a job opportunity, with the intent to confine C.O.B. for the purposes of unlawfully taking C.O.B.'s property. Further, ALMAGUER, ████████ and SALDANA acted in concert to unlawfully appropriate property from C.O.B. by use of threats and physical violence. The property unlawfully taken was in and from the stream of interstate and foreign commerce, including U.S. Currency from federally insured banks and other monetary instruments obtained through the use of the internet by deception and identity theft.

3.      Facebook Marketplace functions as an online platform integrated into the Facebook app, allowing users to buy and sell items locally or nationwide. Sellers create listings with photos and descriptions, which are then shown to local or nationwide buyers based on an

algorithm and location filters. Buyers can browse, search, and filter listings, then contact sellers via Messenger on the Facebook app to arrange payment and pickup or shipping.

4.      Danny's Tire Service is a business owned by VICTOR DANIEL ALMAGUER-CANTU. There are four Danny's Tire Service stores in Corpus Christi, Texas. The stores offer new and used tires for sale and services related to tires. The store at issue in this indictment is located on Baldwin Boulevard in Corpus Christi, Texas. ███████████ ███████████████ and ROBERT LUIS SALDANA were employees who were working at the Danny's Tire Service store located on Baldwin Boulevard in Corpus Christi on March 14, 2025.

5.      Acima Credit LLC (Acima) works as a lease-to-own service. Instead of financing, Acima purchases items from retailers and leases them to customers. The customers then make lease payments to Acima until they "own" the property purchased from the retailer by Acima. Customers can "apply" for this lease-to-own service (which is essentially credit) by entering their personal information to be "qualified" in-store at a participating retailer. While the retailer is immediately paid for the items that the customer receives, Acima then bills the customer over a period of months to years. The total "lease" cost to the customer can be significantly higher than the original price of the item. Acima's participating retailers provide information to Acima including bank account information that allows Acima to deposit the purchase price of the items that are "leased" to the customer. A retailer will designate persons who can initiate a transaction on behalf of the retailer/seller. Danny's Tire Service has had an account with Acima since 2018. Acima is headquartered in Sandy, Utah.

6.      Snap Finance is an online finance business that assists customers in obtaining retail installment contracts, bank installment loans, and lease-to-own financing. Snap Finance is located in West Valley City, Utah.

7.      American Express is a credit institution headquartered in New York, New York.

8.      Bank of America is a financial institution as defined in 18 U.S.C. § 20 and has

numerous headquarters located outside of the state of Texas.

## C.
### Overt Acts

9.    On March 13, 2025, C.O.B. received a Facebook message on Facebook Marketplace from an individual using a moniker with the initials "J.B." asking if C.O.B. was available to transport tires. "J.B." provided C.O.B. an address on Baldwin Boulevard in Corpus Christi, Texas, as the location where he was to pick up the tires. This address was the same address as one of the four Danny's Tire Service locations in Corpus Christi, Texas. "J.B." told C.O.B. he would be paid $750 by "Danny's Tire Shop" for transporting the tires.

10.    On March 14, 2025, C.O.B. arrived at Danny's Tire Shop and was escorted into an office by ▉▉▉▉▉ Several other individuals walked into and out of the office. Two unknown males walked into the office and locked the door.

## 1.
### Video Call #1

11.    On or about March 14, 2025, ▉▉▉▉▉ made a video call to ALMAGUER in the presence of several individuals in the office. ALMAGUER yelled at C.O.B. and accused him of working for someone who had already stolen from him and told C.O.B. that he was going to pay ALMAGUER. C.O.B. told ALMAGUER that he was only there to respond to an advertisement and did not know what ALMAGUER was talking about. ALMAGUER told C.O.B. not to act dumb and accused C.O.B. of knowing "them". ALMAGUER instructed the other men in the room to beat up C.O.B.

12.    SALDANA then hit C.O.B. over the head, knocking him to the ground and continued hitting C.O.B. all over his body. ALMAGUER was still on the video call during this exchange. ▉▉▉▉▉ told ALMAGUER that they would handle everything, then ended the video call.

<u>2.</u>
*Video Call #2*

13.    On March 14, 2025, C.O.B. was moved to a different office where ███████ made another video call to ALMAGUER. ALMAGUER again stated that he knew C.O.B. worked for "him" and that C.O.B. was going to pay. C.O.B. again denied knowing to what ALMAGUER was referring.

14.    ALMAGUER then stated that the tires in question were stolen, and that ALMAGUER could make a call to the FBI and C.O.B. would go to prison for several years. ███████ then ended the video call.

<u>3.</u>
*Fraudulent Cash and Credit Transactions*
*(chronological order)*

<u>a.</u>
Transactions #1 and #2 – Credit

15.    On or about March 14, 2025, ALMAGUER and ███████ stole C.O.B.'s social security number, email accounts, and bank account information.

16.    On or about March 14, 2025, ███████ used the stolen information to open a line of credit with Acima for approximately $2,325. C.O.B. did not authorize this transaction.

17.    On or about March 14, 2025, ALMAGUER used the stolen information to open a line of credit with Snap Finance for approximately $3,590. C.O.B. did not authorize this transaction.

18.    On or about March 14, 2025, ███████ threatened physical harm to C.O.B.'s family if C.O.B. closed the Acima or Snap Finance accounts.

<u>b.</u>
Transaction #3 – Cash

19.    On or about March 14, 2025, C.O.B. was escorted out of Danny's Tires Service by ███████ and SALDANA and forced into a vehicle driven by SALDANA with ███████ seated in the back. SALDANA drove C.O.B. and ███████ to two different bank branches. ███████ told

C.O.B. that he would be killed if he did not smile and act normally while at the banks.

20.     SALDANA drove C.O.B. and ███████ to a Bank of America ATM located on Mesquite Street in Corpus Christi, Texas, where he was forced to withdraw the daily maximum allowable withdrawal of $2,000.

21.     When C.O.B withdrew money from the ATM using his ATM card, an interstate wire transmission took place between the ATM and Bank of America because Bank of America has numerous headquarters, all of which are located outside of the state of Texas.

### c.
### Transaction #4 – Cash

22.     On or about March 14, 2025, SALDANA drove C.O.B. and ███████ to a Bank of America located on South Alameda Street in Corpus Christi, Texas.  C.O.B. attempted to withdraw money from the ATM, but the transaction was denied. ███████ then entered the branch with C.O.B. and, once in the lobby, ███████ made small talk with C.O.B. as though they were friends.  Once C.O.B. was at the teller window, ███████ walked away.  C.O.B. withdrew $4,000 in cash, and as the two walked out of the bank. ███████ immediately took the cash.

23.     When C.O.B withdraw money from his account at Bank of America, an interstate wire transmission took place because Bank of America has numerous headquarters, all located outside of the state of Texas.

### d.
### Transaction #5 – Credit

24.     On or about March 14, 2025, SALDANA and ███████ forced C.O.B. to make a $10,000 jewelry purchase at Zaman Jewelers at the Trade Center in Corpus Christi, Texas using C.O.B.'s American Express credit card.

25.     This $10,000 unauthorized purchase traveled via interstate commerce from Texas to New York.

## COUNT 2
### (Conspiracy to Commit Wire Fraud)

The Overview, Manner and Means, and Overt Acts that describe the conspiracy in which the defendants were engaged described above in paragraphs 1-25 are incorporated herein by reference.

On or about March 14, 2025, in the Southern District of Texas, the defendants,

### VICTOR DANIEL ALMAGUER-CANTU
████████  ████████
and
### ROBERT LUIS SALDANA,

did knowingly and unlawfully combine, conspire, confederate, and agree together to commit the following violation against the United States, to wit: wire fraud, in violation of 18 U.S.C. § 1343.

In violation of Title 18, United States Code, Section 371.

## COUNT 3
### (Wire Fraud)

The Overview, Manner and Means, and Overt Acts that describe the conspiracy in which the defendants were engaged described above in paragraphs 1-25 are incorporated herein by reference.

On or about March 14, 2025, in the Southern District of Texas, the defendant,

### VICTOR DANIEL ALMAGUER-CANTU

for the purpose of executing the scheme to defraud, to wit, to use C.O.B.'s social security number to apply for credit, did cause to be transmitted in interstate or foreign commerce a wire communication from ALMAGUER's cellular telephone while physically located in the country of Mexico to SNAP in West Valley, Utah.

In violation of Title 18, United States Code, Section 1343.

## COUNT 4
## (Wire Fraud)

The Overview, Manner and Means, and Overt Acts that describe the conspiracy in which the defendants were engaged described above in paragraphs 1-25 are incorporated herein by reference.

On or about March 14, 2025, in the Southern District of Texas, the defendant,

████████████  ████████████

for the purpose of executing the scheme to defraud, to wit, to use C.O.B.'s social security number to apply for credit, did cause to be transmitted in interstate commerce, a wire communication from C.O.B.'s cellular telephone while physically located at Danny's Tires on Baldwin Boulevard, Corpus Christi, Texas, to Acima in Sandy, Utah.

In violation of Title 18, United States Code, Section 1343.

## COUNT 5
## (Aggravated Identity Theft)

The Overview, Manner and Means, and Overt Acts that describe the conspiracy in which the defendants were engaged described above in paragraphs 1-25 are incorporated herein by reference.

On or about March 14, 2025, in the Southern District of Texas, the defendants,

VICTOR DANIEL ALMAGUER-CANTU
and
████████████  ████████████

did knowingly use, without lawful authority, a means of identification of another person, to wit, C.O.B.'s social security number, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit 18 U.S.C. § 1343, Wire Fraud, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: _____
AMANDA L. GOULD
Assistant United States Attorney